# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
MARVIN RASHAAD CUMMINGS

Case No: 5:23-CR-319-1FL
USM No: 56847-056

Date of Original Judgment: 04/16/2025
Date of Previous Amended Judgment: 05/01/2025
*(Use Date of Last Amended Judgment if Any)*

Alan DuBois, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ________ months **is reduced to** ________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ________ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7/30/2026

[signature]
*Judge's signature*

Effective Date: ________
*(if different from order date)*

Louise W. Flanagan, United States District Judge
*Printed name and title*